IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEYWUAN MELVIN, M43392,           )
                                  )
            Plaintiff,            )
                                  )
vs.                               )    Case No. 3:26-CV-227-MAB[1]
                                  )
C/O STEBER,                       )
                                  )
            Defendant.            )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by Order dated May 4, 2026, (Doc. 11), this action was **DISMISSED without prejudice** in its entirety for Plaintiff's failure to exhaust prior to filing this suit as required by 42 U.S.C. § 1997e(a).

**DATED: May 4, 2026**

                                  **MONICA A. STUMP,**
                                  **Clerk of Court**

                                  BY: /s/ Jennifer Jones
                                          **Deputy Clerk**

APPROVED: _____
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the Plaintiff pursuant to 28 U.S.C. §636(c) (*see* Doc. 10), and by the Memorandum of Understanding between the Illinois Department of Corrections and the Court, *see* Administrative Order 259, dated March 9, 2020.